UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR00-00126-RSL |
| Plaintiff, ) | |
| v. ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| ROBERT MICHAEL FOX, ) | |
| Defendant. ) | |

An initial hearing on supervised release revocation in this case was scheduled before the undersigned Magistrate Judge on June 22, 2005. The United States was represented by Assistant United States Attorney Robert H. Westinghouse, and the defendant by Ms. Carol Koller. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about July 7, 2000, by the Hon. Robert S. Lasnik on a charge of bank fraud, and sentenced to 12 months and 1 day of imprisonment, followed by 5 years of supervised released. The sentence imposed on July 7, 2000, was revoked on October 15, 2003, and defendant was sentenced to 2 months of imprisonment, followed by 36 months of supervised release. On May 10, 2004, defendant's sentence of October 15, 2003, was revoked, and defendant was sentenced to 5 months' imprisonment, followed by 25 months of supervised release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws, and with the standard conditions of supervision. Other special conditions included participating in a substance-abuse-treatment program as directed by his probation officer; submitting to search of person and property; providing access to any requested financial information; prohibiting any new credit charges, or opening additional lines of credit without approval of his probation officer, employment restrictions, restitution, and participating in a community corrections center program for a term of up to 90 days as directed by the United States Probation Office.

In an application dated May 11, 2005, U.S. Probation Officer Joe G. Mendez alleged the following violations of defendant's conditions of supervised release:

1. Using methamphetamine on or before February 15, 2005, in violation of standard condition No. 7;

2. Failing to submit to drug testing on March 16, 29, and 31, 2005, and April 7, 13, and 19, 2005, in violation of special condition No. 1;

3. Failing to submit monthly reports within the first five days of every month for the months of March and April 2005, in violation of standard condition No. 2;

4. Failing to make minimum monthly restitution payments not less than 5% of his gross monthly earnings in violation of special condition No. 3; and

5. Failing to participate in drug treatment as directed by the probation officer on or about March 24, 2005, in violation of special condition No. 1.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted each of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing is set before the Hon. Robert S. Lasnik, Chief Judge, on July 27, 2005, at 8:30 a.m.

Pending a final determination by the Court, defendant has been detained.

DATED this 28th day of June, 2005.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: The Hon. Robert S. Lasnik, Chief Judge
AUSA: Mr. Robert H. Westinghouse
Defendant's attorney: Ms. Carol A. Koller
Probation officer: Mr. Joe Mendez

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 3